08-5541-pr
Warren v. Goord

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

# SUMMARY ORDER

Rulings by summary order do not have precedential effect. Citation to a summary order filed on or after January 1, 2007, is permitted and is governed by Federal Rule of Appellate Procedure 32.1 and this court's Local Rule 32.1.1. When citing a summary order in a document filed with this court, a party must cite either the Federal Appendix or an electronic database (with the notation "summary order"). A party citing a summary order must serve a copy of it on any party not represented by counsel.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the second day of March two thousand and ten.

PRESENT:

> JOSÉ A. CABRANES,
> BARRINGTON D. PARKER,
> > *Circuit Judges,*
> EVAN J. WALLACH,
> > *Judge.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

VINCENT WARREN,

> *Plaintiff-Appellant,*

v.                                                                                    No. 08-5541-pr

GLENN GOORD, W. PHILLIPS, JOHN DOE, THOMAS G. EAGEN, GERALD GUINEY, individually and in his official capacity as Deputy of Security of Green Haven and D.O.C.S.,
> *Defendants-Appellees.***

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

---

\* The Honorable Evan J. Wallach of the United States Court of International Trade, sitting by designation.

\*\* The Clerk of Court is directed to amend the official caption to conform to the listing of the parties stated above.

FOR PLAINTIFF-APPELLANT:     Vincent Warren, *pro se*, Pine City, NY.

FOR DEFENDANTS-APPELLEES:     David Lawrence III, Assistant Solicitor General
                              (Andrew M. Cuomo, Attorney General of the State of
                              New York, Barbara D. Underwood, Solicitor General,
                              Michael Belohlavek, Senior Counsel, *on the brief*),
                              Office of the Attorney General of the State of New
                              York, New York, NY.

Appeal from a judgment of the United States District Court for the Southern District of New York (Richard J. Holwell, *Judge*).

**UPON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the District Court is **AFFIRMED**.

Plaintiff-appellant Vincent Warren ("Warren" or "plaintiff") appeals from a judgment of the District Court dated September 30, 2008, granting summary judgment to the defendants, who are employees of the New York State Department of Correctional Services ("defendants"), on plaintiff's claim brought pursuant to 42 U.S.C. § 1983. Plaintiff also appeals from the District Court's denial of his motion to amend his complaint. Plaintiff asserts that, by failing to install metal detectors at the entrance to a recreation yard of the Green Haven Correctional Facility, defendants failed to protect him from other inmates and thereby violated his Eighth Amendment rights. We assume the parties' familiarity with the remaining factual and procedural history of the case.

We agree with the District Court that "no reasonable factfinder could conclude on this record that Defendants 'disregard[ed] an excessive risk to [plaintiff's] . . . safety' by failing to adopt Plaintiff's proposed security measures." *See Warren v. Goord*, 579 F. Supp. 2d 488, 497 (S.D.N.Y. 2008) (alterations in original) (quoting *Farmer v. Brennan*, 511 U.S. 825, 837 (1994)). In light of that conclusion, moreover, it would have been futile for the District Court to permit plaintiff to amend his complaint to add another defendant. Accordingly, we affirm the judgment of the District Court substantially for the reasons stated in its thorough and well-reasoned Memorandum Opinion and Order dated September 30, 2008. *Id.*

**CONCLUSION**

We have considered all of plaintiff's arguments and find them to be without merit. For the foregoing reasons, the judgment of the District Court is **AFFIRMED**.

FOR THE COURT,
Catherine O'Hagan Wolfe, Clerk of Court